UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

ANDRE LAMONT BOYD, on behalf of
Himself and all others similarly situated,

    Plaintiff,

v.

                                      Civil Action No. 3:13cv150

CEVA FREIGHT, LLC,

CEVA LOGISTICS, LLC

CEVA LOGISTICS NORTH AMERICA

CEVA LOGISTICS, U.S., INC.

JOHN DOE, INC.

    Defendant.

### CONSENT ORDER

CAME NOW Defendants, by counsel, pursuant to Fed. R. Civ. P. 6(b)(1) and Local Rule 7(F)(2)(b), upon their Consent Motion for an Extension of Time to file a responsive pleading to the First Amended Class Action Complaint filed by plaintiff, Andre Lamont Boyd ("Plaintiff").

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for Plaintiff, it is hereby,

ORDERED, ADJUDGED and DECREED that Defendants' Consent Motion for an Extension of Time is GRANTED, and they shall have until July 12, 2013 to file their responsive pleadings to the First Amended Class Action Complaint.

The Clerk is directed to send a copy of this Order to counsel of record.

ENTERED this 8 day of July, 2013.

                                                    /s/
                                  John A. Gibney, Jr.
                                  United States District Court Judge

20573651v1

| WE ASK FOR THIS: | SEEN AND AGREED: |
|---|---|
| ____/s/ David M. Gettings____ | ____/s/ Leonard Anthony Bennett____ |
| John C. Lynch (VSB No. 39267) | Leonard Anthony Bennett (VSB No. 27523) |
| David M. Gettings (VSB No. 80394) | Consumer Litigation Associates |
| *Attorney for Defendants* | *Attorney for Plaintiff* |
| TROUTMAN SANDERS LLP | 763 J Clyde Morris Boulevard |
| 222 Central Park Ave., Suite 2000 | Suite 1A |
| Virginia Beach, Virginia 23462 | Newport News, VA 23601 |
| Telephone No.: (757) 687-7747 | 757-930-3660 |
| Facsimile No.: (757) 687-1545 | Fax: 757-930-3662 |
| Email: david.gettings@troutmansanders.com | Email: lenbennett@clalegal.com |