IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

ANDRE LAMONT BOYD,

    Plaintiff,

v.                                                      Civil Case No. 3:13-cv-00150-JAG

CEVA FREIGHT, LLC.,
CEVA LOGISTICS, LLC.,
CEVA LOGISTICS NORTH AMERICA,
and CEVA LOGISTICS, U.S., INC.,

    Defendants.

## ORDER

It is hereby ORDERED that the settlement conference and proceedings required by paragraph 2 of the Agreed Scheduling Order are referred to United States Magistrate Judge M. Hannah Lauck. Counsel shall be responsible for contacting the Chambers of Magistrate Judge Lauck within thirty (30) days of the date of this Order to schedule the conference, which should occur at least thirty (30) days before the start of trial and at such time as Magistrate Judge Lauck shall approve.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: August 27, 2013
Richmond, VA

                                                     /s/
                                     John A. Gibney, Jr.
                                     United States District Judge