IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ANDRE LAMONT BOYD on Behalf of Himself and All Others Similarly Situated<br><br>Plaintiff,<br><br>vs.<br><br>CEVA FREIGHT, LLC.<br><br>CEVA LOGISTICS, LLC.,<br><br>CEVA LOGISTICS NORTH AMERICA<br><br>CEVA LOGISTICS U.S., INC.,<br><br>Defendants. | Civil Action No. 3:13cv150 |

### PLAINTIFF'S SECOND MOTION FOR ENLARGEMENT OF TIME TO FILE HIS OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS

COMES NOW Andre Lamont Boyd, by counsel, and pursuant to Fed. R. Civ. P. 15, he moves for a further enlargement of time to file his opposition to Defendants' Motion for Partial Judgment on the Pleadings, through the close of business, September 17, 2013 (one additional day).

He states that this delay will not prejudice the Defendants, for whom Plaintiff will consent to a comparable enlargement on Reply. It is necessitated by the desire of Plaintiff's counsel to ensure a cleaner edit to Plaintiff's late night draft.

**SO ORDERED**

9/17/13  /s/
John A. Gibney, Jr.
United States District Judge

Respectfully submitted,

CONSUMER LITIGATION ASSOCIATES, P.C.

/s/ Leonard A. Bennett
Leonard A. Bennett (VA No. 27523)
Susan M. Rotkis	(VA No. 40693)
763 J. Clyde Morris Blvd.
Suite 1-A
Newport News, Virginia 23601
Telephone:	(757) 930-3660
Facsimile:	(757) 930-3662
Email:	lenbennett@clalegal.com
	srotkis@clalegal.com

STUMPHAUZER | O'TOOLE

Matthew A. Dooley (OH No. 0081482)
Anthony R. Pecora (OH No. 0069660)
5455 Detroit Road
Sheffield Village, Ohio 44054
Telephone:	(440) 930-4001
Facsimile:	(440) 934-7208
Email:	mdooley@sheffieldlaw.com
	apecora@sheffieldlaw.com
*Counsel for Andre Boyd and the putative Class*