IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ANDRE LAMONT BOYD,

    Plaintiff,

v.                 Civil Action No. 3:13-cv-00150-JAG

CEVA FREIGHT, LLC,

    Defendant.

## ORDER

THIS MATTER comes before the Court on the plaintiff's motion to *Voluntarily Dismiss Pursuant to Fed. R. Civ. P. 41(a)*, filed on February 4, 2014. (Dk. No. 47). The Court heard the parties' arguments at a motions hearing on February 21, 2014, and rules as follows:

1. The plaintiff's motion to voluntarily dismiss is DENIED;

2. The plaintiff's *Motion for Sanctions* (Dk. No. 53) is DENIED;

3. The Court GRANTS the plaintiff an extension of ten days from the date of this Order to file, should he choose to do so, a motion for class certification;

4. The Court GRANTS the plaintiff permission to file an amended complaint. That complaint will be filed on or before February 28, 2014; the defendants will have 21 days from the date of the amended complaint's filing to file any responsive pleadings or motions; and,

5. The defendant's currently pending motion for summary judgment (Dk. No. 51) is accordingly DENIED AS MOOT.

Let the Clerk send a copy of this Order to all counsel of record.

It is so ORDERED.

Date: February 21, 2014
Richmond, VA

/s/ 
John A. Gibney, Jr.
United States District Judge